UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

EFREN ANGULO LUANGO                                    PETITIONER

V.                                    CIVIL ACTION NO. 3:25-CV-70-DPJ-ASH

WARDEN CHILDRESS                                       RESPONDENT

ORDER

Efren Angulo-Luango, a federal prisoner housed at the Federal Correctional Complex in

Yazoo City, Mississippi, filed this petition for a writ of habeas corpus under 28 U.S.C. § 2241 on

January 29, 2025.  Pet. [1] at 1.  On December 31, 2025, United States Magistrate Judge Andrew

S. Harris entered a Report and Recommendation [18] recommending that the petition be

dismissed without prejudice for failure to exhaust.  R&R [18] at 4.  Angulo-Luango did not file

an objection, and the time to do so has passed.  *See id.* at 5 (advising Angulo-Luango that he had

14 days to file an objection).

"When no timely objection is filed, the court need only satisfy itself that there is no clear

error on the face of the record in order to accept the recommendation."  Fed. R. Civ. P. 72(b)

advisory committee's note (1983), quoted in *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d

1415, 1420 (5th Cir. 1996) (en banc), superseded on other grounds by 28 U.S.C. § 636(b)(1) as

noted in *Alexander v. Verizon Wireless Servs., L.L.C.*, 875 F.3d 243, 248 (5th Cir. 2017).  Having

reviewed the record and found no clear error, the Court accepts Judge Harris's well-reasoned

recommendation.

IT IS ORDERED that the Report and Recommendation [18] of United States Magistrate

Judge Andrew S. Harris is adopted as the finding and holding of this Court.  Consistent with the

Report and Recommendation, Angulo-Luango's petition [1] is dismissed without prejudice.  A

separate judgment will be entered in accordance with Rule 58 of the Federal Rules of Civil

Procedure.

      **SO ORDERED AND ADJUDGED** this the 27th day of January, 2026.

                           *s/ Daniel P. Jordan III*
                           UNITED STATES DISTRICT JUDGE